**Appendix A**

*Plaintiff's purchases of Celgene Corp. common stock during the Relevant Period of September 12, 2016 through April 27, 2018*

| Trade Date | Shares | Price |
|---|---|---|
| 10/27/16 | 2,900 | $104.90 |
| 10/27/16 | 2,100 | $105.27 |
| 10/27/16 | 1,000 | $105.27 |
| 10/27/16 | 100 | $105.38 |
| 10/27/16 | 200 | $105.38 |
| 10/27/16 | 300 | $105.29 |
| 10/27/16 | 600 | $105.29 |
| 10/27/16 | 700 | $105.31 |
| 10/27/16 | 1,500 | $105.31 |
| 10/27/16 | 600 | $104.80 |
| 10/27/16 | 1,400 | $104.90 |
| 10/27/16 | 300 | $104.80 |
| 10/28/16 | 4,800 | $104.19 |
| 10/28/16 | 2,522 | $104.19 |
| 10/28/16 | 100 | $104.17 |
| 10/28/16 | 300 | $104.17 |
| 10/28/16 | 400 | $103.83 |
| 10/28/16 | 1,200 | $103.70 |
| 10/28/16 | 700 | $103.83 |
| 10/28/16 | 1,887 | $104.36 |
| 10/28/16 | 878 | $104.36 |
| 10/28/16 | 400 | $104.26 |
| 10/28/16 | 200 | $104.26 |
| 10/28/16 | 600 | $103.70 |
| 11/09/16 | 400 | $118.80 |
| 11/09/16 | 6,987 | $120.10 |
| 12/16/16 | 115,300 | $116.62 |
| 12/16/16 | 400 | $116.62 |
| 02/13/17 | 1,525 | $116.49 |
| 02/15/17 | 1,100 | $119.40 |
| 03/03/17 | 2,900 | $122.78 |
| 03/03/17 | 3,000 | $122.80 |
| 03/03/17 | 9,297 | $123.23 |
| 03/17/17 | 3,200 | $125.77 |
| 03/17/17 | 8,300 | $125.77 |
| 03/28/17 | 886 | $124.36 |
| 03/29/17 | 1,000 | $124.46 |
| 04/05/17 | 153,061 | $125.20 |
| 04/24/17 | 14,322 | $123.32 |
| 04/25/17 | 300 | $125.61 |
| 04/25/17 | 32,778 | $125.72 |
| 05/12/17 | 164 | $119.34 |
| 05/18/17 | 35,800 | $117.40 |
| 05/18/17 | 1,000 | $117.40 |
| 05/26/17 | 8,900 | $116.83 |
| 05/30/17 | 3,500 | $115.51 |

| Trade Date | Shares | Price |
|---|---|---|
| 05/31/17 | 3,506 | $114.33 |
| 06/02/17 | 8,500 | $118.20 |
| 06/15/17 | 30,590 | $120.14 |
| 06/16/17 | 1,800 | $122.36 |
| 06/16/17 | 39,310 | $122.11 |
| 06/16/17 | 43,800 | $122.36 |
| 06/16/17 | 300 | $122.36 |
| 06/19/17 | 7,310 | $125.30 |
| 06/20/17 | 6,393 | $126.26 |
| 06/20/17 | 2,482 | $126.32 |
| 06/21/17 | 5,316 | $129.00 |
| 06/26/17 | 11,200 | $133.97 |
| 06/26/17 | 2,205 | $133.85 |
| 07/17/17 | 2,600 | $135.79 |
| 07/31/17 | 17,600 | $135.41 |
| 08/02/17 | 41,800 | $134.72 |
| 08/14/17 | 21,657 | $132.31 |
| 08/14/17 | 6,156 | $132.31 |
| 09/25/17 | 51,500 | $144.94 |
| 10/12/17 | 75,525 | $138.56 |
| 10/13/17 | 45,875 | $136.53 |
| 10/25/17 | 308 | $120.37 |
| 10/25/17 | 1,375 | $120.37 |
| 10/27/17 | 10,273 | $97.28 |
| 11/02/17 | 100 | $100.87 |
| 11/06/17 | 35,100 | $101.64 |
| 11/06/17 | 6,991 | $101.79 |
| 11/07/17 | 35,266 | $102.33 |
| 11/07/17 | 6,643 | $102.05 |
| 11/09/17 | 6,786 | $102.46 |
| 11/09/17 | 10,100 | $102.55 |
| 11/09/17 | 3,200 | $102.49 |
| 11/14/17 | 3,400 | $99.98 |
| 11/15/17 | 3,498 | $100.33 |
| 11/17/17 | 8,768 | $103.75 |
| 11/30/17 | 65,600 | $100.83 |
| 12/06/17 | 570 | $102.17 |
| 12/07/17 | 924 | $102.09 |
| 12/08/17 | 924 | $105.84 |
| 12/11/17 | 952 | $110.00 |
| 12/11/17 | 4,128 | $108.88 |
| 01/10/18 | 66,400 | $105.35 |
| 01/18/18 | 51,877 | $101.95 |
| 02/06/18 | 42,138 | $94.74 |
| 02/07/18 | 18,756 | $95.84 |
| 02/15/18 | 629 | $96.92 |
| 02/16/18 | 64,900 | $96.17 |
| 02/22/18 | 4,801 | $94.55 |
| 03/08/18 | 10,984 | $90.84 |
| 03/09/18 | 5,728 | $91.98 |
| 03/28/18 | 1,862 | $86.25 |
| 04/10/18 | 1,481 | $89.53 |